IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                    Criminal Action No.
                                        23-00128-01-CR-W-BCW

MICHAEL A. ENRIQUEZ,

          Defendant.

# MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: <u>Count 1</u>: Possession with the Intent to Distribute Meth Actual *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

**TRIAL COUNSEL**:
    Government: Stefan Hughes
    Case Agent: TFO Lonnie Pfeifer
    Defense: Stephen Moss, Angie Williams, Investigator Gina Slack

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 4 with stipulations; 5 without stipulations
    Defense: 5 witnesses, including Defendant who (  ) will
                                                  ( x ) may
                                                  (  ) will not testify

**TRIAL EXHIBITS**:
    Government: 42 exhibits
    Defense: 20 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial              ( x ) Possibly for trial
    (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
  Government's case including jury selection: 1.5 days
  Defense case: .5 day

**STIPULATIONS**:
  ( )  not likely
  ( )  not appropriate
  ( x )  likely as to:
    ( )  chain of custody
    ( x )  chemist's reports
    ( )  prior felony conviction
    ( )  interstate nexus of firearm
    ( )  other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

 **Witness and Exhibit Lists**:
 Government: 5/20/24
 Defense: 5/20/24
 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

 **Exhibit Index, Voir Dire, Jury Instructions**: 5/20/24
 **Jury instructions must comply with Local Rule 51.1**

 **Motions in Limine**: 5/20/24

**TRIAL SETTING**: Criminal jury trial docket commencing 6/3/2024
 **Please note**: Counsel for both the Government and Defense request a setting on the second week of the docket. Both anticipate trying *USA v. Simpson*, Case No. 23-cr-00186-HFS-1, during the first week of the docket as the expert involved in that case is only available that week.

**OTHER**:
  ( )  A _____-speaking interpreter is required.
  ( )  Other assistive devices:  _____

 **IT IS SO ORDERED.**

                   */s/ Jill A. Morris*
                   JILL A. MORRIS
                   United States Magistrate Judge