IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-00128-01-CR-W-BCW |
| | ) | |
| vs. | ) | |
| | ) | Date: May 23, 2024 |
| MICHAEL ENRIQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

MINUTE SHEET

HONORABLE Brian C. Wimes presiding at Kansas City
================================================================================

Nature of Hearing: Change of Plea

| | |
|---|---|
| Time Commenced:   9:05 a.m. | Time Terminated:   9:55 a.m. |
| 10:55 a.m. | 11:00 a.m. |

Plaintiff by:  Stefan Hughes, AUSA          Defendant by:  Steve Moss, AFPD

Defendant appears to enter a plea of guilty to the lesser included offense contained in Count 1 of the Indictment.
X       Defendant sworn.
X       Court questions defendant regarding his physical and mental condition.  Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
X       Plea agreement.
X       Plea is accepted by the Court.
X       Court orders Presentence Investigation (PSI).
X       Court takes up issue of remand:
        Defense calls the following witnesses:
        Mark Byrd.  Witness sworn.  Direct 9:21 a.m.  Witness excused at 9:28 a.m.
        Ashley Miller.  Witness sworn.  Direct 9:28 a.m.   Cross 9:35 a.m.  Witness excused at 9:35 a.m.
        Kevin Miller.  Witness sworn.  Direct 9:36 a.m.  Witness excused at 9:45 a.m.
X       Defendant remanded to custody.
X       Sentencing set for 9/19/24 at 9:00 a.m.

Probation Officer:    Valerie Ritter
Courtroom Deputy: Tracy Diefenbach
Court Reporter: Denise Halasey