IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 23-128-01-BCW |
| MICHAEL ENRIQUEZ | ) |
| Defendant. | ) |

## Δ's EXHIBITS

| √ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O | = | Marked but not offered. |
| D.B. | = | Admitted, <u>de bene</u>. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | √ | 5-23-24 | 9:45 | Letter of Support from Dr. Lover Chanclor |
| 2 | √ | | | Letter of Support from Kevin Miller |
| 3 | √ | | | Letter of Support from Greg Dorrance |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:_____

PRINTED NAME                             SIGNATURE

4

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 4 | ✓ | 5-23-24 | 9:45 am | Letter of Support from Cierra Florez |
| 5 | ✓ | | | Letter of Support from Sarah Miller |
| 6 | ✓ | | | Letter of Support from Michael Scaife |
| 7 | ✓ | | | Letter of Support from Austin Borders |
| 8 | ✓ | | | Letter of Support from Victoria Sisler |
| 9 | ✓ | | | Letter of Support from Mark Byrd |
| 10 | ✓ | | | Letter of Support from Moon Glasgow Brown |
| 11 | ✓ | | | Letter of Support from Kayla Cowdrey |
| 12 | ✓ | | | Letter of Support from Camille Martinez |
| 13 | ✓ | | | Letter of Support from Michael L. Williams |
| 14 | ✓ | | | Letter of Support from Collin Pullen |
| 15 | ✓ | | | Letter of Support from Maliek Tucker |
| 16 | ✓ | | | Letter of Support from Zion Gonzalez |
| 17 | ✓ | | | Letter of Support from Michelle Miller |
| 18 | ✓ | | | Letter of Support from Ashley Miller |
| 19 | ✓ | | | Letter of Support from Kim Korycki |
| 20 | ✓ | | | Letter of Support from Otis Steen |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:_____

PRINTED NAME                                                    SIGNATURE